**Motion Granted; Memorandum Opinion filed January 9, 2014 Withdrawn. Vacated and Appeal Dismissed and Substitute Memorandum Opinion filed February 13, 2014.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-13-00578-CV**

---

**R.F. BEARDEN, Appellant**

**V.**

**WALTON HOUSTON GALLERIA OFFICE, LP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 959039**

---

## S U B S T I T U T E   M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 17, 2013. On January 9, 2014, this court granted appellee's motion to dismiss this appeal as moot. On February 6, 2014, the parties filed a joint motion requesting this court withdraw its January 9, 2014 opinion and vacate the trial court's April 17, 2013 judgment. The motion is granted.

Accordingly, we vacate the judgment signed April 17, 2013, withdraw our previous opinion, and dismiss the appeal. *See* Tex. R. App. P. 42.1.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.